**Corbin X. MACON, Plaintiff— Appellant,**

v.

**Gene JOHNSON, Director, Virginia Department of Corrections; Donald R. Guillory, Director, Virginia Correctional Enterprises, Defendants—Appellees.**

**No. 06–7459.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2007.

Decided: Jan. 23, 2007.

Corbin X. Macon, Appellant Pro Se.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corbin X. Macon appeals from the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Macon v. Johnson*, No. 2:06–cv–00402–RAJ (E.D.Va. July 27, 2006). To the extent that Macon seeks to raise new claims in his informal brief, these claim are not properly before this court. *See Muth v. United States*, 1 F.3d 246, 250 (4th Cir.1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*